IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OHIO

| | | |
|---|---|---|
| ROBERT W. FERRELL | : | CASE NO. 1:02-cv-00190 |
| | | (Sherman, Jr., M.J.) |
| Plaintiff, | : | |
| v. | : | <u>NOTICE OF CHANGE OF ADDRESS</u> |
| LAKOTA SCHOOL DISTRICT aka | : | |
| LAKOTA LOCAL SCHOOL DISTRICT | | |
| | : | |
| Defendant. | | |

_____

Please note that the firm of Green & Green, Lawyers is moving. Effective December 29, 2003 the new address will be:

Green & Green, Lawyers
800 Performance Place
109 N. Main Street
Dayton, Ohio 45402

Phone numbers, fax numbers and email addresses remain the same.

All further correspondence and filings should be sent to this new address effective December 29, 2003.

Respectfully submitted,

s/   Thomas M. Green
THOMAS M. GREEN (0016361)
GREEN & GREEN, Lawyers
Fifth Third Center, Suite 950
110 North Main Street
Dayton, Ohio 45402-1769
Tel.: 937/ 224-3333
Fax : 937/ 224-4311
tmgreen@green-law.com
Trial attorney for plaintiff defendant Lakota

        School District aka Lakota Local School District

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard L. Hurchanik, Esq., 110 North Third Street, Hamilton, Ohio 45011 and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

        s/ Thomas M. Green
        THOMAS M. GREEN (0016361)