IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK
04 JAN 21 PM 3: 18

| | | |
|---|---|---|
| ROBERT FERRELL | : | Case No. C-1-02-190 |
| Plaintiff, | : | Magistrate Judge Sherman |
| vs. | : | |
| LAKOTA SCHOOL DISTRICT | : | Notice That Defendant's Motion for Summary |
| Defendant. | : | Judgment Should be Decided |
| | : | |

: : : : : : : : :

The Defendant's motion for summary judgment is ready to be decided.

*[signature]*
Richard L. Hurchanik
Supreme Court No. 0017443
Counsel for Plaintiff
110 North Third Street
Hamilton, Ohio 45011
(513) 867-1717

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the above was mailed to Thomas Green, 110 North Main Street, Suite 950, Dayton, Ohio 45402 this 16 day of January, 2004.

*[signature]*
Richard L. Hurchanik