THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT FERRELL | : | Case No. C-1-02-190 |
| Plaintiff, | : | Magistrate Judge Sherman |
| vs. | : | Request for Exemption From Electronic Filing |
| LAKOTA SCHOOL DISTRICT | : | |
| Defendant. | : | |
| | : | |

: : : : : : : : :

## MOTION

The undersigned moves for an exemption from the Court Rule on Electronic Filing.

Richard L. Hurchanik
Supreme Court No. 0017443
Counsel for Plaintiff
110 North Third Street
Hamilton, Ohio 45011
(513) 867-1717

## MEMORANDUM

The undersigned is licensed as an attorney, but is computer illiterate. The undersigned was notified from an exemption is possible. Using an anology. If I could ont drive my car, I could hire a chauffer. However, if my job was to pilot an air craft, I would not be qualified if I could not pilot the air craft and merely hired a "co-pilot".

Having a secretary who is compute-wise is like hiring chauffer. However, since much of what is done, checking court's docket, etc. is a "lawyer" requirement, I must

"pilot" the plane. I do not want to be computer literate. At my age (in my youth I was an infantryman in the Vietnam War), I am "too old a dog to learn new tricks". I do not have the time to learn new tricks.

Therefore, I request an exemption since I will be unable to "co-fly" the plane and would in effect be a passenger not a pilot (lawyer).

As an additional reason I made some inquiries. A colleague told me the "Adobe" "distiller" which is a "program" needed to "do" electronic filing costs in excess of $300.00. I have been unable to learn how much "space" this program will take in my "over crowded" computer. Spending a sum of $300.00 seems like to "unequal" access to the courts.

A final reason exists. My office does not have the "hardware" and "software" requirements.

My secretary informs me we do not have per page 4 of Electronic Case Filing CM/ECF Attorney's Manual:

    a) Netscape Navigator
    b) A scanner

Richard L. Hurchanik

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the above was mailed to Thomas Green, 110 North Main Street, Suite 950, Dayton, Ohio 45402 this 29 day of January, 2004.

Richard L. Hurchanik