**United States District Court**
**Southern District of Ohio**
**Western Division**

Robert Ferrell,
    Plaintiff

vs.

Lakota School District,
    Defendant

No. C-1-02-190

Consent to Magistrate Judge

**ORDER**

UPON CONSIDERATION of the "Request for Exemption From Electronic Filing" by plaintiff's counsel, Mr. Richard L. Hurchanic.

IT IS HEREBY ORDERED that such exemption is GRANTED for this case only; any request for a blanket exemption must be submitted to the Chief Judge of this District.

    s/David S. Perelman
    David S. Perelman
    United States Magistrate Judge