**United States District Court**
**Southern District of Ohio**
**Western Division**

ROBERT FERRELL,
    Plaintiff                                    No. C-1-02-190

vs.

LAKOTA SCHOOL DISTRICT,
    Defendant                                   **ORDER**

A status conference has been set for June 15, 2004 at 10:00 a.m. In addition to the setting of a trial date for the above matter, settlement will be explored. Therefore, either counsel must have settlement authority or the parties are required to have a representative present with settlement authority.

                                          sTimothy S. Black
                                          Timothy S. Black
                                          United States Magistrate Judge