**United States District Court**
**Southern District of Ohio**
**Western Division**

ROBERT FERRELL,

    Plaintiff ,                                                                       No. C-1-02-190
                                                                                       Black, M.J

vs.

LAKOTA SCHOOL DISTRICT,

    Defendant.

**ORDER**

Upon necessity and with regret, the Court *sua sponte* vacates the Order (Doc. 43) setting this case for status conference on June 15, 2004 at 10:00 a.m. The Court proposes **June 14 or 16 or 21 or 23 or 25 or 28 or 29 or 30, 2004 at 10:00 a.m.** as available replacement dates for the status conference.

The Court orders the parties' counsel to confer as to a satisfactory new date and to telephone Chambers (513 564-7640) with the new date by **June 11, 2004.** At the newly scheduled status conference, counsel shall have the parties or parties' representatives present or available immediately by telephone, and possessed of full authority for settlement.

      **SO ORDERED.**

Date:<u>June 2, 2004</u>                                                                <u>s/ Timothy S. Black</u>
                                                                                                   Timothy S. Black
                                                                                                   United States Magistrate Judge