United States District Court
Southern District of Ohio
Western Division

ROBERT FERRELL,

    Plaintiff ,

vs.

LAKOTA SCHOOL DISTRICT,

    Defendant.

No. C-1-02-190
Black, M.J

## ORDER

A status conference was held on June 25, 2004 in the above-captioned matter. Despite efforts by the Court to settle this matter without a trial, the parties were unable to reach an agreement. Accordingly, this action shall proceed as follows:

1.     The parties' **Joint Final Pre-Trial Order** shall be filed on or before **Tuesday, November 2, 2004**;

2.     A **Final Pre-Trial Conference** will be held at **2:00 p.m. on Friday, November 5, 2004**, Room 716, Potter Stewart U.S. Courthouse;

3.     The parties' **Joint Proposed Jury Instructions** must be submitted to United States Magistrate Judge Timothy S. Black's chambers on or before the end of the business day on **Friday, November 12, 2004**;

4.     The parties' **Motions in Limine** shall be filed on or before **Friday, November 12, 2004**; and

5. **Trial** before United States Magistrate Judge Timothy S. Black will begin at **10:00 a.m. on Thursday, November 18, 2004**, Room 708, Courtroom 6, Potter Stewart U.S. Courthouse.

**SO ORDERED**.

Date: June 25, 2004                                    s/ Timothy S. Black
                                                       Timothy S. Black
                                                       United States Magistrate Judge