# APPENDIX A
# WITNESSES

1. Robert Ferrell, 6738 Cincinnati-Dayton Road, Middletown, Ohio 45044

2. Lilly Ferrell, 6738 Cincinnati-Dayton Road, Middletown, Ohio 45044

3. David Oglesby, 1016 Cherokee Drive, Mason, Ohio 45040

4. Albert Koenig, 7870 Lesourdsville, West Chester, Ohio 45069

5. Carolyn Gehring, 3105 Ben Harrison, Middletown, Ohio 45044

6. Tammy Prewitt, 7324 Stone Run Place, Middletown, Ohio 45044

7. Yvette Ferrell, 7751 Germantown Pike, Germantown, Ohio 45327

8. Kim Russo, 7310 Kingswood Drive, West Chester, Ohio 45069

9. William Strickland, 8308 Cooper Main Way, West Chester, Ohio 45069

10. George Baker, 9281 Canal Way, West Chester, Ohio 45069

11. Diana Webb, 7716 Clovernook Avenue, Cincinnati, Ohio 45231

12. Kelly Meade, address unknown, Trenton area, Dispatcher for Defendant (She had senority list.)

13. Jeff Robertson, address unknown, Defendant's manager

14. Larry Lane, address unknown, Defendant's manager

15. Richard Lanz, address unknown, Defendant's manager

16. Kathy Klink, address unknown, Defendant's Superintendent

17. Lydia Combs, address unknown, employer of Defendant, bus driver and Union Steward (Heard Jeff Robertson say Plaintiff was fired.)

18. Jim LeGates, substitute bus driver, 5100 Crossbridge Driver, West Chester, Ohio 45069 (Witness routes picked 6 weeks after school began in 2001 "by senority of substitute's hire date".)