**APPENDIX B**

**WITNESSES**

1. Larry Lane, 40 Lakota Local School District, 5050 Tylersville Road, West Chester, Ohio 45069.

2. Mike Rosenberger, Director of Transportation, Lakota Local School District, 5050 Tylersville Road, West Chester, Ohio 45069.

3. Doug Lantz, Business Manager, Lakota Local School District, 5050 Tylersville Road, West Chester, Ohio 45069.

4. Jeff Robertson, Operations Coordinator, Lakota Local School District, 5050 Tylersville Road, West Chester, Ohio 45069.

5. Kelly Meade, Transportation Dispatcher, Lakota Local School District, 5050 Tylersville Road, West Chester, Ohio 45069.

6. Kim Russo

7. Carolyn Gehring

8. Diana Webb

9. William Strickland

10. Tammy Prewitt