**APPENDIX E**

**PLAINTIFF'S EXHIBITS**

1. Charge of Discrimination filed November 16, 2001.

2. Dismissal and Notice of Rights dated January 18, 2002.

3. Guidelines for Substitute Drivers

3-A. Guidelines for Substitute Drivers (different type).

4. Letter to EEOC dated December 12, 2001.

5. Paragraphs 1, 2, 3 and 4 of Defendant's counsel's August 1, 2002 Disclosure.

6. Ohio Regulations 3301-83-10, Personnel Training Program.

7. Appendix A, Salary Schedule (Page 2) 2001-2002.

8. Yvette Ferrell's Affidavit (used in her video-taped deposition).

9. Teamster Letter dated March 19, 1997 to Defendant concerning Larry Lane.

10. Appendix A, Salary Schedule (Page 3) 2002-2003.

11. Primary Route Selections (LAK-0001 to LAK-0010).

12. Plaintiff's Application for Employment (LAK-0031 to 0033).

13. Plaintiff's Letter dated August 14, 2001 (LAK-0048).

14. Defendant's Letter dated August 29, 2001 (LAK-0050).

15. Plaintiff's Letter dated October 18, 2001 (LAK-0052-0053).

16. Primary Route Selections (LAK-0054-0065).

17. Plaintiff's Certificate for Completing Training dated June 18, 1999 (LAK-0078).

18. Larry Lane's Affidavit dated May 19, 2002.