**APPENDIX F**

**DEFENDANT'S EXHIBITS**

Letter them per the customary requirement of the USDC, SD

A.    Bargaining unit agreement, Teamsters Local 100

B.    Route sheets

C.    District map