United States District Court
Southern District of Ohio
Western Division

ROBERT FERRELL,

    Plaintiff,                                         Case No. 1:02-cv-190

vs.                                                    Magistrate Judge Timothy S. Black

LAKOTA SCHOOL DISTRICT,

    Defendant.

## FINAL PRETRIAL ORDER

       This case came before the Court for a Final Pretrial Conference on November 5, 2004 pursuant to Fed. R. Civ. P. 16, and upon careful review, the parties' proposed Joint Final Pretrial Order (doc. 46) is hereby incorporated herein by reference and adopted, and the Court hereby sets the following trial schedule and parameters:

1. **Voir dire** shall commence at **1:30 p.m., Monday, November 15, 2004**, Room 708, Potter Stewart U.S. Courthouse. The juror questionnaires will be e-mailed to counsel no later than Friday, November 12, 2004;

2. The parties' **Motions in Limine,** if any**,** shall be filed on or before **Friday, November 12, 2004.** Responsive memoranda shall be filed on or before **Tuesday, November 16, 2004;**

3. The parties' **Joint Proposed Jury Instructions,** on disk**,** shall be submitted to Magistrate Judge Black's chambers, Room 716, on or before **Friday, November 12, 2004**;

4. **Jury Trial** shall begin at **9:30 a.m. on Thursday, November 18, 2004,** Room 708, and will continue through **Tuesday, November 23, 2004**;

    a.    Counsel shall limit opening statements to thirty minutes or less;

    b.    Counsel for Plaintiff represented to the Court that the presentation of Plaintiff's case should be completed by mid-day on Friday, November 19, 2004;

    c.    Counsel for Plaintiff further represented to the Court that Plaintiff's witness list of eighteen witnesses would be reduced to seven or eight witnesses at trial.

**SO ORDERED.**

Date: November 10, 200             s/ Timothy S. Black
                                                            Timothy S. Black
                                                             United States Magistrate Judge