IN THE UNITIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT FERRELL | : | Case No. C-1-02-190 |
| Plaintiff, | : | Judge Black |
| vs. | : | |
| | | Notice of Deposition |
| LAKOTA SCHOOL DISTRICT | : | |
| Defendant. | : | |

: : : : : : : : :

**NOTICE**

Notice is hereby given that on November 12, 2004, at 3:00 p.m. counsel for Plaintiff will take the deposition of Jim LeGates. Said deposition will take place at the office of Richard L. Hurchanik, 110 North Third Street, Hamilton, Ohio 45011.

Said deposition will be before a Court Reporter and will continue from day to day until completed. You are invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure. Said deposition will be taken for the purpose of use at trial, and for any and all other purposes permitted under the Federal Rules of Civil Procedure.

Richard L. Hurchanik
Supreme Court No. 0017443
Counsel for Plaintiff
110 North Third Street
Hamilton, Ohio 45011
(513) 867-1717

**CERTIFICATION OF SERVICE** — and faxed

I hereby certify that a copy of the above was mailed to Thomas Green, 110 North

Main Street, Suite 950, Dayton, Ohio  45402  this /2 day of November, 2004.

*Richard L. Hurchanik*
Richard L. Hurchanik