IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| ROBERT FERRELL | : | Case No. C-1-02-190 |
| Plaintiff, | : | Magistrate Judge Black |
| vs. | : | Notice of Filing of the Deposition of Jim LeGates |
| LAKOTA SCHOOL DISTRICT | : | |
| Defendant. | : | |

: : : : : : : : :

### NOTICE

The Plaintiff, pursuant to the Federal Rules of Civil Procedure including Federal Civil Rule 31 (c) hereby gives notice that the deposition of Jim LeGates, taken on November 12, 2004 in Butler County has been filed.

Richard L. Hurchanik
Supreme Court No. 0017443
Counsel for Plaintiff
110 North Third Street
Hamilton, Ohio 45011
(513) 867-1717

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the above was mailed to Thomas Green, 110 North Main Street, Suite 950, Dayton, Ohio 45402 _15_ day of November, 2004.

Richard L. Hurchanik