UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - JURY TRIAL**

Robert Ferrell

        Plaintiff,

  -vs-

Civil Case No. 1:02cv190

Lakota Local School District
       Defendant.

------------------------------------------------------------------

Court Personnel Present:

UNITED STATES MAGISTRATE JUDGE TIMOTHY S. BLACK

| | |
|---|---|
| Law Clerk | Kimberly Eversole |
| Court Reporter | Shandy Ehde, Draper & Oestreicher |
| Courtroom Deputy | Jan Lahley |

**COUNSEL PRESENT:**
(Plaintiff)       Richard Hurchanik

(Defendant)     Thomas Green

**DOCKET ENTRY:**

Case called for VOIR DIRE. Panel of 8 selected. In recess until 11/18/04, 9:30 for jury trial.

DATE:  11/15/04
TIME:   1:30 pm