UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES - JURY TRIAL

ROBERT W. FERRELL                                Civil Case No. 1:02cv190
    Plaintiff,
 -vs-

LAKOTA SCHOOL DISTRICT
    Defendant.
-----------------------------------------------------------------

Court Personnel Present:

UNITED STATES MAGISTRATE JUDGE TIMOTHY S. BLACK

| | |
|---|---|
| Law Clerk | Kimbely Eversole |
| Court Reporter | Merit Reporting ( Wendy Welsh ) |
| Courtroom Deputy | Jan Lahley |

**COUNSEL PRESENT:**
(Plaintiff)         Richard Hurchanik

(Defendant)      Thomas Green

**DOCKET ENTRY:**

The parties reached a settlement prior to the beginning of trial.
DATE: 11/18/04
TIME: 9:30-10:00