UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

ROBERT W. FERRELL,
  Plaintiff,

vs

LAKOTA SCHOOL DISTRICT
  Defendant.

Civil Action No. 1:02cv190

Black, M.J.

---

### ORDER

---

The Court having been advised by the parties that the within action has been settled;

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

Date: 11/18/04

Timothy S. Black
United States Magistrate Judge

1