IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OHIO

| | | |
|---|---|---|
| ROBERT W. FERRELL | : | CASE NO. 1:02-cv-00190 |
| | | (Black, J.) |
| Plaintiff, | : | |
| v. | : | FINAL ENTRY OF DISMISSAL |
| LAKOTA SCHOOL DISTRICT aka | : | |
| LAKOTA LOCAL SCHOOL DISTRICT | | |
| | : | |
| Defendant. | | |

This matter having been fully compromised and settled, the terms thereof to remain confidential to the parties, this case is hereby dismissed on the merits and with prejudice. Each party is to pay one-half of the court costs, excluding deposition costs which the parties agree are not to be taxed as court costs.

_Timothy S. Black_ 12/30/04
MAGISTRATE JUDGE BLACK

AGREED:

s/ Richard L. Hurchanik
RICHARD L. HURCHANIK (0017443)
110 North Third Street
Hamilton, Ohio 45011
Tel.: 513/ 876-1717
Fax : 513/ 895-4422
Trial attorney for plaintiff Robert Ferrell

s/ Thomas M. Green
THOMAS M. GREEN (0016361)
GREEN & GREEN, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel.: 937/ 224-3333
Fax : 937/ 224-4311
tmgreen@green-law.com
Trial attorney for defendant Lakota School
District aka Lakota Local School District